**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DANNY CLYDE RAY, JR.                                                                        PLAINTIFF
ADC #146976

V.                                        NO: 4:11CV00007 JMM

JACK CHANDLER *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE